No. 94–5020. GREEN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–5021. PEABODY v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 94–5022. MCDONALD v. BOYDSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5023. COLVIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5024. RADER v. LEWIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5025. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5026. ALVAREZ CHAVEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5027. BUCKALOO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5028. PRINTUP v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 94–5029. PIZZO v. RISINGER. C. A. 5th Cir. Certiorari denied.

No. 94–5030. THOMPSON v. RONE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–5031. WILLIAMS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5033. CONROD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5034. ZUNIGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5035. SLADE v. WRIGHT. C. A. 4th Cir. Certiorari denied.